ETHEL BELOFF, Appellant, v. MORRIS BELOFF, Respondent.— Order vacating warrant of commitment and directing defendant's release from custody affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

REBECCA DRUCKER, Respondent, v. ISIDORE SANDBERG and SOL KLEINMAN, Trading as RELIABLE DRESS COMPANY, Appellants.— Order granting motion for the examination of defendants before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ADELE FIEDLER, Appellant, v. GEORGE FIEDLER, Respondent.— Order denying plaintiff's motion for an interlocutory judgment directing an accounting affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

HENRY HOLUB, Respondent, Appellant, v. ANNA SVOBODA, Appellant, Respondent, Impleaded with JOSEPH SVOBODA and ANNA NIKL, Defendants.— Order modified by striking out the provision imposing terms as a condition for the granting of the motion of defendant Anna Svoboda to set aside all proceedings subsequent to the joinder of issue, and as so modified affirmed, without costs. The order was properly made, but the circumstances were such that no terms should have been imposed, as the plaintiff proceeded at his peril when he disregarded the answer interposed by defendant Anna Svoboda, which presented a triable issue and which might either defeat the partition action in its entirety or result in a greater dower admeasurement. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of SOL ZIPKIN for the Payment of Award Made for Damage Parcel No. 7 on the Damage Map and in the Final Report of the Commissioners of Estimate as to Damage and Benefit in the Proceeding of the CITY OF NEW YORK Relative to Acquiring Title to Hamilton Place from Grand Street to Borden Avenue and the Public Place at the Intersection of Borden Avenue, Hamilton Place and Hyatt Avenue in the Boulevard, Borough of Queens, City of New York. W. ARTHUR CUNNINGHAM, Comptroller of the City of New York, and THE CITY OF NEW YORK, Appellants; SOL ZIPKIN, Respondent.— Order confirming report of official referee and directing the payment of a certain sum to the petitioner unanimously affirmed, with ten dollars costs and disbursements. (Matter of Urban Borough Land Company, Inc., 239 App. Div. 851.) Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Administration of the Estate of AMALIA KOHLER, Deceased. EDMOND G. DUPREE and BARBARA DUPREE, Appellants; WILLIAM GRAFF, as Administrator, etc., of the Estate of AMALIA KOHLER, Deceased, Respondent.— Order of the Surrogate's Court of Nassau county modified so as to permit petitioners to present proof as to the delivery of the mortgage in question, and, as so modified, affirmed, without costs. In our opinion, the petitioners should be allowed to make proof as to the delivery of this mortgage, since such mortgage, as well as the pass book, was in their possession at the time of the decedent's death. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.